# NO. 12-17-00018-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *KIRK SHIELDS,* *APPELLANT* | § | *APPEAL FROM THE* |
| *V.* | § | *COUNTY COURT AT LAW NO. 2* |
| *DARLENE AXBERG, JOHN CLAUDE* *AXBERG AND SHEILA ANDERSON,* *APPELLEES* | § | *GREGG COUNTY, TEXAS* |

## MEMORANDUM OPINION
### PER CURIAM

Appellant, Kirk Shields, has filed a motion to dismiss this appeal. In his motion, Shields states that it is no longer necessary to pursue his appeal. Accordingly, we ***grant*** the motion, and ***dismiss*** the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

Opinion delivered January 18, 2017.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*

(PUBLISH)



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

### JANUARY 18, 2017

### NO. 12-17-00018-CV

**KIRK SHIELDS,**
Appellant
V.
**DARLENE AXBERG, JOHN CLAUDE AXBERG AND SHEILA ANDERSON,**
Appellees

---

Appeal from the County Court at Law No. 2

of Gregg County, Texas (Tr.Ct.No. 2016-1850-CCL2)

---

THIS CAUSE came on to be heard on the motion of the Appellant to dismiss the appeal herein, and the same being considered, it is the opinion of this court that the motion to dismiss be **granted**.

It is therefore ORDERED, ADJUDGED and DECREED by this court that this appeal be, and the same is, hereby **dismissed** and that all costs of this appeal be, and the same are, adjudged against the party that incurred them; for which execution may issue; and that this decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*